[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
2014 MAY -9 PM 4:39
CLERK US DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
BY:___

Case Number   CR 14 00267
U.S.A. v. CECILIA GUADALUPE YUCUPICIO
[✓] Indictment     [ ] Information

Defendant Number   12
Year of Birth   1981
Investigative agency (FBI, DEA, etc.)   DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
   [ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
   [ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   Ongoing

c. County in which first offense occurred
   Los Angeles

d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   [✓] Los Angeles      [ ] Ventura
   [ ] Orange           [ ] Santa Barbara
   [ ] Riverside        [ ] San Luis Obispo
   [✓] San Bernardino   [ ] Other

Citation of Offense   21 USC sections 846, 841(a)(1), 856, 860

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number   N/A

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED
CASE   N/A

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on:   N/A
Case Number   N/A
Charging   N/A

The complaint:   [ ] is still pending
                 [ ] was dismissed on:   N/A

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [ ] Yes
IF YES, provide, Name:   N/A
Phone Number:   N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   [ ] Yes   [ ] No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A
Case Number   N/A
The superseded case:

[ ] is still pending before Judge/Magistrate Judge
N/A

[ ] was previously dismissed on   N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?  ☐ Yes  ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☐ Male  ☑ Female
☑ U.S. Citizen  ☐ Alien
Alias Name(s) _____

This defendant is charged in:  ☐ All counts
☑ Only counts: One through Four
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☑ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?  ☐ Yes  ☑ No
d. Is on bail or release from another district: N/A

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: N/A
Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  5/2/2014

Signature of Assistant U.S. Attorney
Christopher K. Pelham
Print Name