FILED

2014 MAY 12 AM 8: 49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | CR-14-0026 7 |
| v. | |
| CECILIA GUADALUPE YUCUPICIO | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: __05-12-2014__ , __830__  ☒ AM / ☐ PM

2. Defendant is in lock-up (in this court building)  Yes ☒      No ☐

3. Charges under which defendant has been booked:
   __21 USC 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE__

4. Offense charged is a: ☒ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor

5. U.S. Citizen: ☐ Yes      ☐ No      ☒ Unknown

6. Interpreter Required: ☒ No     ☐ Yes: _____ (Language)

7. Year of Birth: __1981__

8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

9. Place of detention (if out-of-district): _____

10. Date detainer placed on defendant: _____

11. This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____ )

12. Does the defendant have retained counsel ?     ☒ No
    ☐ Yes    Name: _____ and Phone Number: _____

13. Did you notify Pretrial Services?     ☐ No
    ☒ If yes, please list Officer's Name: __DUTY__     Time: __840__ ☒ AM / PM

14. Remarks (if any): _____

15. Date: __05-12-2014__     16. Name: __SA MELISSA SCHNEIDER__ (Please Print)

17. Agency: __DEA__     18. Signature: _____

19. Office Phone Number: __213-621-7030__

CR-64 (06/09)          REPORT COMMENCING CRIMINAL ACTION