# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>*Cecilia*<br>Celia Guadalupe Yucupicio<br>Defendant. | Western Division     UNDER SEAL<br>Case Number: 2:14-CR-00267-UA-12   Indictment<br>Initial App. Date: 05/12/2014   Custody<br>Initial App. Time: 2:00 PM<br><br>Date Filed: 05/09/2014<br>Violation: 21:846, 841(a)(1), 841(b)(1)(A)(viii), 856 (a)(1), 860a, 18:2<br>CourtSmart/ Reporter: *Lisa Gonzalez* |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Victor B. Kenton**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Horan, Roxanne / *Chris Pelhen* / *Jesus Rivera* — Spanish
Deputy Clerk / Assistant U.S. Attorney / Interpreter/Language

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☐ is as charged ☑ is *Cecilia Yucupicio*
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: Alexander Griggs, Panel ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).
☑ BAIL FIXED AT $ *Detention — w/o prej* (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☑ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☑ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☑ Other: *CR-44 Executed. PIA held: See separate minutes*

☑ PSA ☐ USPO ☑ FINANCIAL ☑ READY
Deputy Clerk Initials: *RH*
5 mins