# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) v. | CR 14 00267-MWF-12 |
| CECILIA GUADALUPE YUCUPICIO | WARRANT FOR ARREST |
| 67234-112  Defendant(s) | UNDER SEAL |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **CECILIA GUADALUPE YUCUPICIO**
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint   ☒ Indictment
☐ Information   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Violation Notice
Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances;
Distribution of Methamphetamine;
Possession with Intent to Distribute Methamphetamine on Premises in Which a Juvenile is Present and Resides;
Aiding and Abetting**

in violation of Title **21:18:** United States Code,
Section(s) **846:841(a)(1), 841(b)(1)(A)(viii), 2(a):856(a)(1), 2(a):860a, 2(a):**

| Terry Nafisi | May 9, 2014   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | BY: PATRICK J. WALSH |
| TITLE OF ISSUING OFFICER | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

*ARRESTED WITHIN THE CACD  ON: DEA 3/12/14  SIGNED:*

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                                                         PAGE 1 OF 2