# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>CECILIA YUCUPICIO,<br><br>            Defendant. | Case No.: CR- 14-267-MWF<br><br>**ORDER** |

IT IS FOUND AND SO ORDERED this 20TH day of April, that the sentencing hearing for defendant CECELIA YUCUPICIO be continued from May 4th, 2015 to June 1, 2015 at 2:00 p.m.

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

//
//

Submitted by:

_____/s/_____
ALEXANDER L. GRIGGS, ESQ.
Attorney for Defendant
CECELIA YUCUPICIO