EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Civil Division
J. MARK CHILDS
Assistant United States Attorney
California Bar Number 162684
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2433
    Facsimile: (213) 894-7819
    Email: mark.childs@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 14-0267 MWF |
|---|---|
| Plaintiff, | **NOTICE OF RECUSAL OF INVOLVEMENT OF FIRST ASSISTANT UNITED STATES ATTORNEY PATRICK R. FITZGERALD IN THIS CASE** |
| v. | |
| CECILIA YUCUPICIO, | |
| Defendant | |

TO THE CLERK OF THE COURT AND TO PLAINTIFF:

PLEASE TAKE NOTICE that:

(1)    First Assistant United States Attorney Patrick R. Fitzgerald is recused from any involvement in this case; and

(2)    This case is not (1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; or (3) a matter in which current First Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

Dated: 11/06/2015

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Civil Division

    /s/ *Mark Childs*
J. MARK CHILDS
Assistant United States Attorney
Attorneys for Defendant