**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

( ___ Amended _____ )

| Case No. | CR 14-267-MWF | | | Date | November 9, 2015 |
|---|---|---|---|---|---|

Present: The Honorable    MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Lisa Gonzalez | Mark Childs |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 12. Cecilia Guadalupe Yucupicio | X | ☐ | 12. Alexander Griggs | ☐ | ☐ | X | Spanish - F. Javier Villalobos |

**PROCEEDINGS:**        **SENTENCING AND JUDGMENT HEARING**    ☐ **Contested**    X **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    X Refer to separate Judgment Order.

____ Imprisonment for _Years/months_ on each of counts _____

____ Count(s) _____ concurrent/consecutive to count(s) _____

____ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.

____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

____ Confined in jail-type institution for _____ to be served on consecutive days/weekends

commencing _____

____ years/months Supervised Release/Probation imposed on count(s) _____

consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

____ Perform _____ hours of community service.

____ Serve _____ in a CCC/CTC.

____ Pay $ _____ fine amounts & times determined by P/O.

____ Make $ _____ restitution in amounts & times determined by P/O.

____ Participate in a program for treatment of narcotic/alcohol addiction.

____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

____ Other conditions: _____

____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.

per count, special assessment to the United States for a

____ Pay $ _____ total of                                        $ _____

____ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____

with results to be furnished to the Court within _days/months_ whereupon the sentence shall be subject to modification.  This matter is set for further hearing on _____

____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

____ Defendant informed of right to appeal.

____ ORDER sentencing transcript for Sentencing Commission.    ____ Processed statement of reasons.

____ Bond exonerated ____ upon surrender ____ upon service of _____

____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

____ Issued Remand/Release    # _____

____ Present bond to continue as bond on appeal.    ____ Appeal bond set at $ _____

____ Filed and distributed judgment.  ENTERED.

X Other  Government's motion to dismiss remaining counts as to this defendant only is Granted.

|  | 00 | : | 14 |
|---|---|---|---|
| Initials of Deputy Clerk | KSS | | |

cc: